UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-03725-VBF (SP) | Date | October 16, 2023 |
|---|---|---|---|
| Title | DARRELL E. JOHNSON v. JOSEPH CRUZ, et al. | | |

| Present: The Honorable | **Sheri Pym, United States Magistrate Judge** | |
|---|---|---|
| Kimberly Carter | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff(s): | | Attorneys Present for Defendant(s): |
| None Appearing | | None Appearing |

**Proceedings:**   (In Chambers) Order to Show Cause Why Case Should Not Be Dismissed for Failure to Prosecute

On July 14, 2022, plaintiff Darrell Johnson, a California prisoner proceeding pro se, filed a First Amended Complaint ("FAC") pursuant to 42 U.S.C. § 1983. His FAC primarily alleges that medical staff at the California Men's Colony was deliberately indifferent to his medical needs. On July 14, 2023, this court, having completed screening of the FAC, found it subject to dismissal and granted plaintiff leave to file a Second Amended Complaint by August 14, 2023. The court also instructed plaintiff he could notify the court by August 14, 2023 that he intended to stand on the FAC without amendment. Two months having passed beyond this deadline, the court has not received a Second Amended Complaint or any other communication from plaintiff.

Accordingly, within **twenty-one (21)** days of the date of this Order, that is, by **November 6, 2023**, plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order. Plaintiff is cautioned that his failure to timely file a response to this Order to Show Cause will be deemed by the court as consent to the dismissal of this action without prejudice. In the event plaintiff wishes to voluntarily dismiss this action, plaintiff may complete and return the enclosed Notice of Dismissal form by November 6, 2023.

If plaintiff files a Second Amended Complaint by **November 6, 2023**, this Order to Show Cause will be automatically discharged, and plaintiff need not respond to it separately.